422 A.2d 702

Flynn v. Flynn, Appellant.

Argued June 25, 1979.

Neil Conway, for appellant; Jerome L. Cohen, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.